**The following constitutes**
**the order of the court. Signed August 16, 2013**

_M. Elaine Hammond_

**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 12-41430 MEH |
| DESMOND GUMBS, | Chapter 7 |
| _____ Debtor.    / | |
| RANDOLPH BUSH dba APPLIED JUDICIAL RESEARCH, | Adv. Pro. No. 12-4164 |
| Plaintiff, | |
| vs. | |
| DESMOND GUMBS and G CREST 365 LLC, | |
| _____ Defendants. / | |

JUDGMENT

On June 3, 2013, plaintiff's motion for summary judgment was

granted and on August 14, 2013, an Order Granting Motion for Summary

Judgment was entered.  Based on the ruling and order, judgment is

hereby entered in favor of plaintiff Randolph Bush dba Applied

Judicial Research and against defendant Desmond Gumbs, and the debt

owed to plaintiff resulting from the state court judgment against

JUDGMENT

1  defendant Desmond Gumbs and G Crest 365 LLC in the amount of

2  $507,828.75, entered February 26, 2009, shall be deemed non-

3  dischargeable.

4                          **END OF ORDER**

JUDGMENT                           2

1    COURT SERVICE LIST

2

3

4    <u>Via ECF</u>

5    Malcolm Leader-Picone, Bartlett, Leader-Picone & Young, LLP

6    Marc Voisenat, Law Offices

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JUDGMENT                                    3